UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

JEANNA KELLEY,                                    JUDGMENT IN A CIVIL CASE

     APPELLANT,

vs.

NANCY BERRYHILL,                                  CASE NO: 17-1193-STA-egb
ACTING COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,

     APPELLEE.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.


**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Motion To Dismiss entered on December 19, 2017, this cause is hereby **DISMISSED.**




                         APPROVED:


s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 12/19/2017                    THOMAS M. GOULD
                                    Clerk of Court


                                         s/Maurice B. BRYSON

                                    (By)  Deputy Clerk